J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

andy@coombspc.com
nicole@coombspc.com

Attorneys for Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Nega Network, Jungle Entertainment, Woolim Entertainment, Aftermoon Music Entertainment, Inc., and Drug Records

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DFSB Kollective Co. Ltd., Nega Network, Jungle Entertainment, Woolim Entertainment, Aftermoon Music Entertainment, Inc., and Drug Records,<br><br>Plaintiffs,<br><br>v.<br><br>Yousuf Bourne, an individual and d/b/a bww2.com, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. CV11 1046<br><br>COMPLAINT FOR DIRECT, CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR A JURY TRIAL |

Plaintiffs DFSB Kollective Co. Ltd., in conjunction with Nega Network, Jungle Entertainment, Woolim Entertainment, Aftermoon Music Entertainment, Inc., and Drug Records (collectively "the DFSB Plaintiffs"), for their Complaint allege as follows:

I.  **Introduction**

1.  The DFSB Plaintiffs bring this action on account of Defendants' systematic, unauthorized copying, distribution and use of the DFSB Plaintiffs' music through various Internet sites. Defendants' actions are willful and cause substantial damage to the DFSB Plaintiffs and to the music industry.

2. The DFSB Plaintiffs are Korean corporations, sole proprietorships, and/or registered business entities. The DFSB Plaintiffs undertake great expense and risk in developing, marketing, and delivering music produced by artists under contract with it to consumers. Music piracy undermines the DFSB Plaintiffs' investment and creativity, and misleads and confuses consumers.

3. On information and belief, Defendants, through usernames, including, but not limited to, "BWW2," among other aliases, post, organize, search for, identify, collect and index links to infringing material that is available on third-party websites. Defendants profit from their illegal activity by displaying advertisements adjacent to the infringing content which includes, but is not limited to the DFSB Plaintiffs' registered copyrighted works. Defendants' conduct constitutes copyright infringement insofar as infringing material is posted by them on their websites or on social networks and online video communities using their accounts. Defendants' conduct also constitutes contributory copyright infringement and induces copyright infringement insofar as these same websites and accounts are used to direct Internet traffic to additional infringing content hosted on third-party websites.

4. Defendants' activities constitute willful copyright infringement, contributory copyright infringement and inducement of copyright infringement pursuant to the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.* (the "Copyright Act."). The DFSB Plaintiffs request an injunction and that Defendants pay damages, costs, and attorneys' fees.

## II. Jurisdiction and Venue

5. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1338(a) (copyright) and 17 U.S.C. §§ 101, *et seq.*

6. The events giving rise to the claims alleged herein occurred, among other places, within this judicial district. Venue in the Northern District of California is proper pursuant to 28 U.S.C. § 1391(b) and § 1400(a). The Court has personal jurisdiction over Defendants because, among other things, (a) each of the Defendants or their respective agents are doing business in this District; and (b) the DFSB Plaintiffs are informed and believe, and upon that basis allege, that a substantial part of the wrongful acts committed by Defendants has occurred in interstate commerce in the State of California and Northern District of California.

## III. The Parties

7. DFSB Kollective Co. Ltd. is a corporation duly organized and existing under the laws of the Republic of Korea and based in Seoul, Korea. DFSB Kollective Co. Ltd. is a distributor and licensee of Korean pop musical recordings and associated artwork for online

distribution in the United States and around the world. Pursuant to its agreements with its represented artists, DFSB Kollective Co. Ltd. has acquired the rights and permission to promote and protect the copyrights in these musical recordings and associated artwork, as reflected in various copyright registrations issued by the United States Copyright Office.

8. Nega Network is a corporation duly organized and existing under the laws of the Republic of Korea and based in Seoul, Korea. Nega Network owns Korean pop musical recordings and is copyright claimant to those musical recordings and associated artwork more specifically identified below. Nega Network has licensed rights in these same musical records and has delegated to DFSB Kollective Co. Ltd. primary responsibility for enforcing its copyrights online.

9. Jungle Entertainment is a registered business entity duly organized and existing under the laws of the Republic of Korea and based in Seoul, Korea. Jungle Entertainment owns Korean pop musical recordings and is copyright claimant to those musical recordings and associated artwork more specifically identified below. Jungle Entertainment has licensed rights in these same musical records and has delegated to DFSB Kollective Co. Ltd. primary responsibility for enforcing its copyrights online.

10. Woolim Entertainment is a corporation duly organized and existing under the laws of the Republic of Korea and based in Seoul, Korea. Woolim Entertainment owns Korean pop musical recordings and is copyright claimant to those musical recordings and associated artwork more specifically identified below. Woolim Entertainment has licensed rights in these same musical records and has delegated to DFSB Kollective Co. Ltd. primary responsibility for enforcing its copyrights online.

11. Aftermoon Music Entertainment, Inc. is a corporation duly organized and existing under the laws of the Republic of Korea and based in Seoul, Korea. Aftermoon Music Entertainment, Inc. owns Korean pop musical recordings and is copyright claimant to those musical recordings and associated artwork more specifically identified below. Aftermoon Music Entertainment Inc. has licensed rights in these same musical records and has delegated to DFSB Kollective Co. Ltd. primary responsibility for enforcing its copyrights online.

12. Drug Records is a sole proprietorship organized and existing under the laws of the Republic of Korea and based in Seoul, Korea. Drug Records owns Korean pop musical recordings and is copyright claimant to those musical recordings and associated artwork more specifically identified below. Drug Records has licensed rights in these same musical records and has delegated to DFSB Kollective Co. Ltd. primary responsibility for enforcing its copyrights online.

DFSB Kollective Co. Ltd., Nega Network, Jungle Entertainment, Woolim Entertainment, Aftermoon Music Entertainment, Inc., and Drug Records are collectively referred to herein as the DFSB Plaintiffs.

13. The DFSB Plaintiffs own exclusive rights under the Copyright Act to certain musical recordings and associated artworks, including the rights to reproduce, distribute or license the reproduction and distribution of the copyrighted works online in the United States and around the world, including, but not limited to, the songs, along with associated album artwork, included in each of the albums which are the subject of the copyright registrations listed in Exhibit A, attached hereto (hereinafter individually and collectively referred to as the "the DFSB Plaintiffs' Works").

14. The expression and other distinctive features of the DFSB Plaintiffs' Works are wholly original with artists whose works are distributed by the DFSB Plaintiffs and, as fixed in various tangible media, are copyrightable subject matter under the Copyright Act.

15. The DFSB Plaintiffs, or any predecessors-in-interest, have complied in all respects with the laws governing copyright and have secured the exclusive rights and privileges in and to the DFSB Plaintiffs' Works, and the DFSB Plaintiffs own certificates of registration for the DFSB Plaintiffs' Works.

16. The DFSB Plaintiffs' Works have been manufactured, sold and/or otherwise distributed in conformity with the provisions of the copyright laws. The DFSB Plaintiffs, and those acting under their authority, have complied with their obligations under the copyright laws and the DFSB Plaintiffs, in their own right or as successors-in-interest, have at all times been and still are the sole proprietors or otherwise authorized to enforce all right, title and interest in and to the copyrights or to enforce their exclusive rights for online distribution in each of the DFSB Plaintiffs' Works.

17. Defendant Yousuf Bourne ("Bourne") is an individual who operates using a number of identities and aliases, only a few of which are known to the DFSB Plaintiffs. The DFSB Plaintiffs are informed and believe that Bourne is a resident of Australia. The DFSB Plaintiffs are further informed and believe that Bourne conducts business through websites located at www.bww2.com and forums.bww2.com/index and does business in this judicial district through accounts on these shared online platforms, among other places.

18. Upon information and belief, Does 1-10 are either entities or individuals who are residents of or present in this judicial district, and are subject to the jurisdiction of the Court. Upon

information and belief, Does 1-10 are principals, supervisory employees, or suppliers of one or the other named defendants or other entities or individuals who are, in this judicial district, copying, reproducing, distributing, advertising, publicly performing and/or publicly displaying content which infringes the DFSB Plaintiffs' Works. The identities of the various Does are unknown to the DFSB Plaintiffs at this time. The Complaint will be amended to include the names of such individuals when identified. Bourne and Does 1-10 are collectively referred to herein as "Defendants."

### IV. Defendants' Infringing Activities

19. Defendants operate websites located at www.bww2.com and forums.bww2.com/index (collectively the "Websites"). The primary purpose of the Websites is to disseminate to Internet users content that has been unlawfully copied, reproduced, distributed, advertised, publicly performed and/or publicly displayed that is available on third party websites. The Websites facilitate the ability of Internet to users to access, on demand, copyrighted musical compositions that have been unlawfully reproduced, distributed, publicly performed and/or publicly displayed in violation of the DFSB Plaintiffs' registered copyrights. The user interface on the Websites is enhanced through the unauthorized reproduction of copyrighted artwork associated with the artists and copyrighted works, to highlight the way in which users can access the location within third party websites where the files containing the infringing musical compositions are located.

20. Defendants' Websites are one-stop shops for infringing material. The Websites provide links to infringing content otherwise inaccessible to Internet users who would otherwise not have the tools available to them to locate the infringing content – often hosted on servers located outside the United States and beyond the reach of the United States Copyright Act (and the Korean Copyright Act). Defendants make such infringing content easily accessible to users by creating and maintaining a current index of links to the infringing content available on third party websites. Virtually all of the content indexed on and available by the Websites is infringing, unauthorized copyrighted content, including, but clearly not limited to, DFSB's registered copyrighted works.

21. Defendants have copied, reproduced, distributed, advertised, publicly performed, publicly displayed and continue to copy, reproduce, distribute, advertise, publicly perform, publicly display and/or sell unauthorized copies of musical recordings and associated artworks exclusive to the DFSB Plaintiffs, including, but not necessarily limited to the DFSB Plaintiffs' Works identified

in paragraph 18 above. Defendants do so using the accounts with various social networking and online video sites as well as the Websites. The copies by Defendants are obviously pirated.

22. To listen to or to download an infringing copy of a work using Defendants' Websites and/or user accounts, the Internet user clicks on a link next to an image of the copyrighted album cover representing a particular album, the copyrights to which are exclusive to the DFSB Plaintiffs. The listings of albums for which links are offered are surrounded by advertisements. The DFSB Plaintiffs are informed and believe that Defendants derive revenue by driving traffic to advertisers who have paid to be included in advertising on Defendants' Websites and user accounts, whether by the advertiser directly or through advertising brokers such as Google. Virtually all of the links direct traffic to copyrighted music, including those exclusive to the DFSB Plaintiffs. The DFSB Plaintiffs are informed and believe that most, if not all, of the files to which traffic is directed through the Defendants' Websites and user accounts is infringing said copyrights. The DFSB Plaintiffs are further informed and believe that Defendants know and intend that virtually all of the links appearing on their Websites and accounts consist of links to unauthorized and infringing content. The underlying purpose of the indexing and linking offered by Defendants is to advance the distribution, performance and display of infringing works.

23. By selecting a particular album, the Internet user is then directed to a third-party website where the Internet user may be given the option to download all or part of the album. By clicking on the link for an album, the Internet user can download the specified album. Internet users may be given additional options at the third-party websites, including the ability to upload additional infringing copies of music, including, but not limited to, those copyrighted by the DFSB Plaintiffs, or to listen to or select individual tracks.

24. Defendants knowingly promote, participate in, facilitate, assist, enable, materially contribute to, encourage and assist copyright infringement, including infringement of the DFSB Plaintiffs' registered copyrighted works and are thereby indirectly liable for the infringement of each of the DFSB Plaintiffs' registered copyrighted works.

25. Defendants have not been authorized by the DFSB Plaintiffs, or any one of them, to reproduce, distribute, sell or offer for sale any of the DFSB Plaintiffs' Works.

26. The DFSB Plaintiffs have provided Defendants with notice concerning the infringement of their copyrights, directly and indirectly, through third-party services on which Defendants maintain accounts advancing their infringement.

27. By engaging in this conduct, Defendants have acted in willful disregard of laws protecting the DFSB Plaintiffs registered copyrights. The DFSB Plaintiffs have sustained and will continue to sustain substantial damage to the value of their creative works, specifically including the DFSB Plaintiffs' Works.

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement)

28. The DFSB Plaintiffs repeat and reallege all the allegations contained in paragraphs 1 through 27, inclusive, as though set forth herein in full.

29. The DFSB Plaintiffs are informed and believe, and upon that basis allege, that Defendants have each obtained gains, profits and advantages as a result of their infringing activity in amounts within the jurisdiction of the Court.

30. The DFSB Plaintiffs are informed and believe, and upon that basis allege, that they have suffered and continue to suffer direct and actual damages as a result of Defendants' infringing conduct, in amounts within the jurisdiction of the Court. In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, the DFSB Plaintiffs will require an accounting from each Defendant of all monies generated from the promotion, display, sale and offer for sale of the Defendants' goods and services using the DFSB Plaintiffs' Works. In the alternative, the DFSB Plaintiffs may elect to recover statutory damages pursuant to 17 U.S.C. § 504(c) for each of the DFSB Plaintiffs' Works infringed.

31. The DFSB Plaintiffs have no other adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of the above-described acts. The DFSB Plaintiffs are informed and believe, and upon that basis allege, that, unless enjoined by the Court, Defendants' infringing activity will continue, with attendant irreparable harm to the DFSB Plaintiffs. Accordingly, the DFSB Plaintiffs seek preliminary and permanent injunctive relief pursuant to 17 U.S.C § 502.

32. By reason of the foregoing, the DFSB Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their claims, which attorneys' fees and costs the DFSB Plaintiffs are entitled to recover from Defendants, and each of them, pursuant to 17 U.S.C. § 505.

///

///

///

## SECOND CLAIM FOR RELIEF

### (For Contributory Copyright Infringement)

33. The DFSB Plaintiffs repeat and reallege all the allegations contained in paragraphs 1 through 32, inclusive, as though set forth herein in full.

34. The DFSB Plaintiffs own the U.S. copyrights, including, without limitation, exclusive online distribution rights, public performance and display rights, in and to the copyrighted works listed in paragraph 18. The DFSB Plaintiffs have obtained copyright registration certificates for each work listed in paragraph 18 and, in doing so, the DFSB Plaintiffs have complied in all respects with the Copyright Act.

35. The DFSB Plaintiffs' registered copyrights in the works listed in paragraph 18 have been infringed on third-party websites, which infringements can be accessed through links indexed on Defendants' Websites and through accounts operated by Defendants on various social networking and online video platforms as alleged in more detail hereinabove.

36. Defendants know of the infringement occurring on these third-party websites. The DFSB Plaintiffs are informed and believe that a significant part of Defendants' online efforts are dedicated to facilitating such infringements and directing Internet traffic to the infringing files hosted on said third-party websites. The purpose and function of the Websites, and of other accounts maintained by Defendants, is the illegal distribution of the DFSB Plaintiffs' registered copyrighted works. Defendants know the files hosted on third-party websites are infringing because they have received notices from the DFSB Plaintiffs or from social networking and/or video sites advising them of notices provided by the DFSB Plaintiffs concerning the unauthorized and infringing nature of the content hosted on the third-party websites.

37. By enabling, causing, facilitating, materially contributing to and encouraging the unauthorized distribution, public performance and public display of unauthorized copies of the DFSB Plaintiffs' registered copyrighted works in the manner described above, with full knowledge of the illegality of such conduct, Defendants contribute to and induce widespread infringement, including infringement of the DFSB Plaintiffs' registered copyrighted works in violation of 17 U.S.C. § 501.

38. The foregoing acts of infringement by Defendants have been willful, intentional and purposeful and/or in reckless disregard and indifference to the DFSB Plaintiffs' copyrights and exclusive rights under the Copyright Act.

39. As a direct and proximate result of Defendants' infringement, the DFSB Plaintiffs have sustained and will continue to sustain actual damage. The DFSB Plaintiffs are entitled to actual damages plus Defendants' profits from their infringement of the DFSB Plaintiffs' registered copyrighted works in an amount to be proved at trial. Alternately, at the DFSB Plaintiffs' election, the DFSB Plaintiffs are entitled to the maximum statutory damages as permitted by the Copyright Act.

40. Defendants' acts have caused and continue to cause substantial and irreparable harm to the DFSB Plaintiffs. Unless Defendants, their agents, successors and assigns are enjoined from engaging in their infringing conduct, the DFSB Plaintiffs will suffer irreparable injury and harm for which it has no adequate alternative remedy at law.

41. The DFSB Plaintiffs are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## THIRD CLAIM FOR RELIEF

### (For Inducing Copyright Infringement)

42. The DFSB Plaintiffs repeat and reallege all the allegations contained in paragraphs 1 through 41, inclusive, as though set forth herein in full.

43. Defendants are liable for inducing and encouraging the acts of direct copyright infringement alleged hereinabove. Defendants operate the Websites and various accounts on social networking and online video websites to infringe the DFSB Plaintiffs' registered copyrights, evidenced by Defendants' affirmative steps to foster infringement and to continue to do so notwithstanding actual notice provided to them.

44. Defendants' unlawful objective is demonstrated by several factors, including, but not necessarily limited to, operating the Websites and numerous other accounts at various locations around the Internet, that make a systematic and ongoing effort to build a library of links to infringing works, by satisfying a demand for copyright infringement, by failing to deploy any tools or other mechanisms to reduce infringement or to respond to reports of infringing links and by relying upon a business model that uses infringing content to attract a high volume of visitors for the purpose of selling advertising.

45. Defendants' acts constitute inducement of copyright infringement in violation of the Copyright Act. The foregoing acts of infringement by Defendants have been willful, intentional and purposeful and/or in reckless disregard and indifference to the DFSB Plaintiffs' registered copyrights and exclusive rights under the Copyright Act.

46. As a direct and proximate result of Defendants' infringement, the DFSB Plaintiffs have sustained and will continue to sustain actual damage. The DFSB Plaintiffs are entitled to actual damages plus Defendants' profits from their infringement of the DFSB Plaintiffs' registered copyrighted works in an amount to be proved at trial. Alternately, at the DFSB Plaintiffs' election, the DFSB Plaintiffs are entitled to the maximum statutory damages as permitted by the Copyright Act.

47. Defendants' acts have caused and continue to cause substantial and irreparable harm to the DFSB Plaintiffs. Unless Defendants, their agents, successors and assigns are enjoined from engaging in their infringing conduct, the DFSB Plaintiffs will suffer irreparable injury and harm for which they have no adequate alternative remedy at law.

48. The DFSB Plaintiffs are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, the DFSB Plaintiffs ask this Court to order that:

1. Defendants, their officers, agents, servants, employees, representatives, successors, licensees and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of the said Defendants, be immediately and permanently enjoined from directly or indirectly infringing or inducing the infringement of any of the DFSB Plaintiffs' registered copyrighted works in any manner and specifically those listed in paragraph 18, including generally, but not limited to:

   a. Copying, reproducing, distributing, publicly performing, publicly displaying, selling or offering for sale unauthorized copies, in any format, of any of the DFSB Plaintiffs' Works;

   b. Aiding or abetting the reproduction, distribution, shipment, sale or offer for sale of any unauthorized copies of any of the DFSB Plaintiffs' Works; or

   c. Marketing, advertising and/or promoting any unauthorized copies of the DFSB Plaintiffs' Works.

2. Defendants be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at the DFSB Plaintiffs' election;

3. Defendants be required to account for and pay over to the DFSB Plaintiffs all damages sustained by the DFSB Plaintiffs and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

DFSB v Bourne: Complaint                          - 10 -

1  4. Defendants be required to pay the DFSB Plaintiffs their costs of this action
2  and reasonable attorneys' fees;
3  5. The DFSB Plaintiffs be granted all other and further relief the Court may
4  deem just and proper under the circumstances.

Dated: March 4, 2011                J. Andrew Coombs, A Professional Corp.

                                    By: /s/ Nicole L. Drey
                                        J. Andrew Coombs
                                        Nicole L. Drey
                                    Attorneys for Plaintiffs DFSB Kollective Co., Ltd., in
                                    conjunction with Nega Network, Jungle
                                    Entertainment, Woolim Entertainment, Aftermoon
                                    Music Entertainment, Inc., and Drug Records

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs DFSB Kollective Co., Ltd., in conjunction with Nega Network, Jungle Entertainment, Woolim Entertainment, Aftermoon Music Entertainment, Inc., and Drug Records hereby demand a trial by jury of all issues so triable.

Dated: March 4, 2011

J. Andrew Coombs, A Professional Corp.

By: _/s/ Nicole L. Drey_
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiffs DFSB Kollective Co., Ltd., in conjunction with Nega Network, Jungle Entertainment, Woolim Entertainment, Aftermoon Music Entertainment, Inc., and Drug Records

EXHIBIT A

| Performer | Tracks | Album | Registration Number | Copyright Claimant |
|---|---|---|---|---|
| Brown Eyed Girls | Second | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Da Ga Wa Suh] Came | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | FarAway (feat. MC Mong) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Kkeun] String | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Everybody (feat. Bog Tone) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [It Uh Ga Ja Na] Forgetting | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Oh Neul Eun Geu Dae Wa Ha Neul We Ro] Fly Up with You Today (feat. Bobby Kim) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Nun Noo Goor Sa Rang Ha Ni?] Who Do You Love? | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | 1.2.3.4 | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Hon Jat Mar] Monologue | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Ni Ga Oh Neun Nar] Your Day of Arrival | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Watch Out | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Moot Ji Mot Han Eeh Ya Gi] Unheard Story | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | [Eeh Jae Ya Bi Ro Suh Sa Rang Eul Mar Har Soo It Da] Finally I Can Talk About Love | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Timing | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Hold the Line (feat. Cho PD) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Second (Rock Remix Version) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Second (Hip-Hop Remix Version) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Hold the Line (Instrumental) | Your Story | PA 1-674-067 | Nega Network |
| Brown Eyed Girls | Second (Instrumental) | Your Story | PA 1-674-067 | Nega Network |
| Crying Nut | [Lee So Ryung Eul ChatAh Rat!!] Find Bruce Lee!! | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| Crying Nut | [Man Sung Pi Ro] Chronic Fatigue | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| Crying Nut | [Bam Eeh Gip Ut Nae] Oh! What a Shiny Night | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| Crying Nut | [Ji Dok Han No Rae] Vicious Song | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| Crying Nut | [Boorg Eun Bam] Red Room | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| Crying Nut | [Yang Gweeh Bi] The Poppy | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| Crying Nut | [Oot Gi Ji DoAhn Neun Ee Ya Gi] Not Funny Story | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| Crying Nut | [Geum Hwan Sik] Annular Eclipse | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| Crying Nut | Honey | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| Crying Nut | [Boor Nor Eeh] Fireworks | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| Crying Nut | [Comedy Eu Wang] The King of Comedy | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| Crying Nut | [Ha Su Gu] Sinkhole | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| Crying Nut | [Mor Lat Uh] No Clue | Poor Hand Love Song | PA 1-673-506 | Drug Records |
| DJ DOC | Intro ([Wa Shin Sang Dam] Sustained Determination and Perseverance) | The Life...DOC Blues | PA 1-673-501 | Buda Records |

EXHIBIT A

| Artist | Track | Album | Reg. No. | Label |
|---|---|---|---|---|
| DJ DOC | [Bi] Rainy Love (Acoustic Version) | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | L.I.E | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | Nuclear Lunch the Detect | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | [Po Jo Ri] Five-O | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | Boogie Night | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | Run to You | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | [jGi De Ri Go It Uh] I'm Waiting | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | [Ah Moo Do Mo Reu Gae] Let Nobody Know | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | [Sa Rang Eul Ah Jik Do Nan] I Don't Know Love | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | Someday | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | D.O.C Blues | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | [Boo Ik Boo Bin Ik Bin] The Rich Get Richer and the Poor Get Poorer | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | [Ar Ssong Dar Ssong] Vague | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | Analog | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | Alive | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| DJ DOC | [Bi] Rainy Love | The Life...DOC Blues | PA 1-673-501 | Buda Records |
| Drunken Tiger | Sky Is the Limit | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Dor Yun Byun Ee] Mutation | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Boohwal Keun Tiger] Rebirth of the Big Tiger | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [TV Sok Na] Me in the TV | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Mae Il Bam] Every Night 01 | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Joo Jung] Drunken Ramblings | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Mae Il Bam] Every Night 02 | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Nae Ga Shil Ta] I Hate Myself (feat. Yoonmirae) | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Skit 01 ([8 Bun Jjae Ggok Eej Kkeut Na G0] After 8 Track) | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Death of a Salesman | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Tae Uh Na Da Shi Tae Uh Na Do] Born Again After Birth (feat. Ann) | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Skit 02 (Boor Pil Yo Han Chin Jur Ham] Over Friendly) | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Hollywood | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [San Su] Mountain Water | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Die Legend_feat. Double K, Dok2 | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |

EXHIBIT A

| Drunken Tiger | Skit 03 ([Yok Jaeng Eeh] Slanderer) | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
|---|---|---|---|---|
| Drunken Tiger | Jam Skhool (U Need To Learn Tho) [feat. Bizzy & TEBY] | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | 8_45HEAVEN | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | [Haeng Bok Eu Jo Gun] ([Hee Man Seung II]) The Terms Of Happiness | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | (Hopeful Seung-II) | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Tiger JK Says | Sky Is The Limit | PA 1-673-430 | Jungle Entertainment |
| Drunken Tiger | Feel Good Music | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Jet Pack (Korean Version) [feat. Sef Cobane & Bizzy] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Magic (Il Duh Ha Gi Il Eun Saet, Door, Hana 1+1+3,2,1) [feat. Ann] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Chook Ha Hae] Welcome to the World, Lil' Homie (feat. Jordan) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Don't Cry (feat. Jinbo) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Soot Ja Nor Eeh] The Numbers Game | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Eum Ak Eh Mi Chin Loptimist Nuen Oh Neul Do Bam Eul Sae Wuh] Ma Man, I Just Killed the Track [Skit] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | True Romance (feat. Yoonmirae aka Tasha) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | (Do Do Do Wop Ba B...y Supestar) [feat. Jungshin & Sun] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [6 Bun Joor Up Neun Tong Gi Ta] The Sixth String (Memories of a Broken Guitar) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Superfine ([Bi Kyuh Ra] Get Out the Way) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Hip Hop Ganji Nam] Hip-Hop Hero (If I wasn't I Would Say I Am) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Question (feat.Ann) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Monster (Korean Version) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Jook Ki Juhn Eh Jook Ji Ahn Ah) What U Want (feat. Bizzy & Palo Alto) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Rebel Music | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |

EXHIBIT A

| Artist | Track | Album | Reg. No. | Owner |
|---|---|---|---|---|
| Drunken Tiger | [Nae Noon Eul Chuh Da Ba] I_m a Window Shopper (feat. Bizzy, YDG & Jungin) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Ju Pa Su] Frequency (feat. Fana) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Freaky Deaky Superstar (feat. Jungshin & Sun) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Bi Byuh Dae] Addictive Diction Friction (feat...Alto, YANGGANG, Ikyne & SAMA D) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Die Legend 2 (feat. Dynamic Duo & DOK2) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Jet Pack (English version) [feat. Stylistic Jones, Zeebra & Sef Cobane] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Rest in Peace (Question) [feat. Ann] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Three Kingz (feat. Roscoe Umali & Stylistic Jones) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Jjak Pae] The Chief Rockers (feat. Palo Alto) | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | [Suh Luh Woon Oor Woom So Ri] Where we From (feat... Bizzy, Palo Alto, Double K & DOK2] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Drunken Tiger | Monster (English Version0 [feat. Raki...a, Roscoe Umali & Yoonmirae] | Feel gHood Muzik: The 8th Wonder | PA 1-674-071 | Jungle Entertainment |
| Epik High | Oceans. Sand. Trees | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Slow Motion | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | [Sun Moor] Gift (feat. Park Ji Yoon) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | No More Christmas | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Maze (feat. Dumbfounded & MYK) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | [Tong Gi Ta] The Guitar Man (Skit) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Trot | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Emologue | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Excuses (feat. MYK) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Moonwalker | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Breathe (Mithra's Word) [feat. Han HeeJung] | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Happy Birthday to Me (feat. Ha DongGyoon) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Heaven (feat. MYK) | [e]nergy | PA 1-673-508 | Woolim Entertainment |

EXHIBIT A

| Epik High | Owls. Shadows. Tears | [e]nergy | PA 1-673-508 | Woolim Entertainment |
|---|---|---|---|---|
| Epik High | Slow [e]Motion (Planet Shiver Remix) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Orchestras. Spotlights. Turntables (feat. MYK) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Still Here (feat. Dok2) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Sensitive Thug (Skit) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | [Tta Ra Hae] Wannabe (feat. Mellow) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Rocksteady (feat. Kero One, Dumbfoundead, MYK & Rakaa of Dilated Peoples) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Madonna (feat. Mellow) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Maloman | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Shopaholic | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Supreme 100 | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | High Technology | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Rocksteady (Korean Version) [feat. Paloalto, Dok2, Beatbox DG & Beenzino] | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | High Skool Dropout ([Ban Hang Ha Ji Ma] Great Teacher Mithra) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | [Hyoong] Ziggy Zaggy (feat. MYK, YDG & Dok2) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Lesson 4 (Tablo's Word) | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Organs. Screams. Televisions | [e]nergy | PA 1-673-508 | Woolim Entertainment |
| Epik High | Cipher (feat. Beatbox DG) | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Map the Soul (feat. MYK) | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Customer Service (Skit) | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Top Gun | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Scenario ([Pi Hae Mang Sang] Paranoia Pt. 29 [feat. MYK] | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | London | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Free Music (feat. Tablo & MYK) | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Map the Soul (Worldwide Version) [feat. Tablo, MYK & Kero One] | Map The Soul | PA 1-673-397 | Woolim Entertainment |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| Epik High | 8 by 8, Pt. 2 (feat. MYK, Minos, Paloalto, The Quiett, Verbal Jint, Kebee, E-Sens & Simon Dominic) | Map The Soul | PA 1-673-397 | Woolim Entertainment |
| Epik High | Fly Higher (feat. DH Style) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | Love Love Loveless (feat. Yoongjin of Casker) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | Breakdown the Wall | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | [Buh Ryuh Jin Woo San] Broken Umbrella (feat. Lisa) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | [1 Boon 1 Cho] One Minute One Second, A Little Memory (feat. Taru) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | Fanatic | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | Back to the Future (feat. Yankie) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | You Are the One (feat. Horan of Clazziquai) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | High Skool Dropout | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| Epik High | Remap the Soul (feat. MYK) | Remixing The Human Soul | PA 1-673-396 | Woolim Entertainment |
| House Rulez | [Jip] Home (feat. Youme) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | Do it! (feat. Lee YoonJung) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | Mojito (feat. Huh InChang & Lee Chae) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | Espoir (feat. Gina) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | Warming Up (feat. Gina) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | Into The Disco | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | My Fantastic Black Hat | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | Ku-Chi-Tat-Chi (feat. Lee YoonJung) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | On My Way (feat. Park NamHoon of Supersta & Gina) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | Like Coco (feat. Annie) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | Just Wanna Love You (feat. D.Brown) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | [Chuh Eum Chuh Rum] Like the First Time (feat. Brian Hahm) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | Joy Ride, Show | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | Mojito (DJ Baram Club House Mix) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |

EXHIBIT A

| House Rulez | Do It! (DJ Chiman Remix) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| --- | --- | --- | --- | --- |
| House Rulez | Do It! (DJ Beejay Remix) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | Mojito (DJ Stereo Remix) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |
| House Rulez | [Jip] Home (Sax Exit Version) | Mojito | PA 1-673-485 | Afternoon Music Entertainment Inc. |