UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DFSB KOLLECTIVE CO. LTD., et al.,

    Plaintiffs,

    v.

YOUSUF BOURNE, et al.,

    Defendants.
_____/

No. C 11-1046 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for entry of default judgment.

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED**.

Dated: April 3, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Lili, Assigned M/J