UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DFSB KOLLECTIVE CO. LTD., et al.,

    Plaintiffs,

    v.

YOUSUF BOURNE, et al.,

    Defendants.

    No. C 11-1046 PJH

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

On September 13, 2012, the court issued an order adopting the report and recommendation of Magistrate Judge Corley and denying plaintiffs' motion for default judgment. See Dkt. 50. In the order, the court explained that it was inclined to dismiss this case without prejudice in light of the denial of plaintiffs' motion, but before doing so, the court would allow plaintiffs an opportunity to request another disposition. Id. On September 24, 2012, plaintiffs DFSB Kollective Co. Ltd., Nega Network, Jungle Entertainment, Woolim Entertainment, Afternoon Music Entertainment, Inc., and Drug Records (collectively, "plaintiffs") filed a status statement with the court, stating their intent to rest on the papers and declining any additional remedies or any leave for jurisdictional discovery. See Dkt. 51. Because the court has determined that plaintiffs have not met their burden of making a prima facie showing of personal jurisdiction over defendant, and because plaintiffs have chosen not to pursue jurisdictional discovery, the complaint is hereby DISMISSED without prejudice.

**IT IS SO ORDERED**.

Dated: September 28, 2012

                                                                         
PHYLLIS J. HAMILTON
United States District Judge