UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DFSB KOLLECTIVE CO. LTD., et al.,

        Plaintiffs,                    No. C 11-1046 PJH

    v.                              **JUDGMENT**

YOUSUF BOURNE, et al.,

        Defendants.
_____/

    The court having entered an order dismissing this case for lack of personal jurisdiction over defendant, the complaint is dismissed without prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: September 28, 2012

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge